IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCUS KOGER,<br><br>Plaintiff,<br><br>    v.<br><br>FCB BANKS,<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>and TRANS UNION, LLC,<br><br>Defendants. | Case No. 25-1898 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 2/17/2026    MONICA A. STUMP, Clerk of Court

                                s/ Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**